**Paul F. BURRIS, Appellant, v. UNITED STATES of America, Appellee.**

No. 10768.

Circuit Court of Appeals, Ninth Circuit.

May 11, 1944.

Paul F. Burris, of Salem, Or., pro se, for appellant.

John E. Walker, Sp. Atty., Department of Justice, of Portland, Or., for appellee.

Before WILBUR, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of appellant, for dismissal of appeal herein, and good cause therefor appearing, it is ordered that the motion be and hereby is granted, that a judgment of dismissal be filed and entered accordingly and that the mandate of this court in this cause issue forthwith.

**George Robert GUTMAN, Appellant, v. UNITED STATES of America, Appellee.**

No. 10488.

Circuit Court of Appeals, Ninth Circuit.

March 7, 1944.

Clarence E. Rust, of Oakland, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., and R. B. McMillan, and Joseph Karesh, Asst. U. S. Attys., all of San Francisco, Cal., for appellee.

Before GARRECHT, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the transcript of record and briefs filed by respective parties, ordered judgment of District Court affirmed upon the authority of Falbo v. United States of America, 320 U.S. 549, 64 S.Ct. 346, that a judgment be filed and entered according and that the mandate of this court issue as provided by Rule 28.

**Alfred Lloyd SAUNDERS, Appellant, v. Colonel M. W. HICKS, Post Commander, Fort McArthur, California, Appellee.**

No. 10762.

Circuit Court of Appeals, Ninth Circuit.

May 8, 1944.

A. L. Wirin, of Los Angeles, Cal., for appellant.

Charles H. Carr, U. S. Atty., and James M. Carter, Asst. U. S. Atty., both of Los Angeles, Cal., for appellee.

Before WILBUR, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the above cause be and hereby is remanded to the District Court of the United States for the Southern District of California, Central Division, before the Honorable Leon R. Yankwich, Judge presiding, with instructions to take further proceedings in the said District Court in accordance with the decision of the Supreme Court of the United States in Billings v. Truesdell, 64 S.Ct. 737, that a decree be filed and entered accordingly and that the mandate of this Court in this cause issue forthwith.